**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Nicholas RAPIER, Defendant–Appellant.**

**No. 08–10573.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009.[*]

Filed Jan. 11, 2010.

Jason Hitt, USSAC–Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Quin Anthony Denvir, Davis, CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

## MEMORANDUM [**]

Nicholas Rapier appeals from the 188–month sentence imposed following his

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

guilty-plea conviction for distribution of at least 5 grams of cocaine base, in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Rapier contends that the district court erred at sentencing by ignoring mitigating factors that it was required to consider under 18 U.S.C. § 3553(a), and that the sentence imposed is unreasonable. We are precluded from reaching the merits of this claim by the valid appeal waiver. *See United States v. Bibler,* 495 F.3d 621, 624 (9th Cir.2007).

**AFFIRMED.**